# Cases

# FIRST DEPARTMENT,

AT

## GENERAL TERM,

### October,* 1885.

---

WILLIAM BURROWS, Appellant, *v.* AUGUSTUS BUTLER AND JOHN Q. A. BUTLER, Administrators, etc., of WILLIAM R. BUTLER, Deceased, Respondents.

*Practice — a party entering a judgment for damages and costs, after his costs have been taxed, cannot thereafter move for a retaxation.*

Where, upon a taxation of costs upon notice, an item of term fees is struck out by the clerk, and a judgment is thereafter entered by the moving party for his damages and the costs as so taxed, he cannot thereafter move to reopen the taxation and have the term fees allowed to him.

APPEAL from an order of the Special Term denying a motion for a retaxation of costs.

*Schatz & De Witt,* for the appellant.

*L. B. Treadwell,* for the respondents.

DAVIS, P. J.:

The plaintiff in this case taxed his costs upon due notice after trial and verdict in his favor, and upon a certificate of the trial court that the plaintiff was entitled to recover costs against the defendants as administrators.

The taxation was upon notice. The clerk upon the taxation struck out an item of term fees. After the taxation the plaintiff entered up judgment against the defendants for his damages and

---

*Decisions handed down October 30, 1885.

costs, and subsequently made a motion to reopen the taxation, and for the term fees which the clerk had rejected as part of his costs. The court below denied this motion on the ground that it was too late after the plaintiff had entered his judgment, to move for a correction of the taxation of costs.

We think the judge at the Special Term was correct. The plaintiff by entering his judgment must be regarded as having accepted the decision of the clerk upon the taxation as correct, and is not now entitled to come to the court and ask that its judgment be opened for the purpose of a retaxation. The order for this reason should be affirmed, without considering the question discussed as to the right upon the affidavits presented to the allowance of the term fees.

Order affirmed, with ten dollars costs and disbursements.

BRADY and DANIELS, JJ., concurred.

Order affirmed, with ten dollars costs and disbursements.

